## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-cv-00089-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| $9,970.00 in UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court sua sponte in order to advance the litigation in the above-captioned case. The United States has brought this in rem forfeiture proceeding against $9,970.00 in United States currency. The United States filed its Complaint on February 22, 2007, to which the Claimant, Ervin Lee Waton, Jr., filed his Answer on March 27, 2007. Thus, joinder of the issues has occurred and this matter must proceed to a final resolution. To that end, the parties are HEREBY ORDERED to either filed their motions for summary judgment or request that this matter be calendared for trial **within thirty (30) days** of this Order and no later than **June 22, 2008**.

IT IS SO ORDERED.    Signed: May 22, 2008

Frank D. Whitney
United States District Judge