UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:07CV89-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| $9,970.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default (Doc. No. 12). It appearing from plaintiff's application and from the record, including the Court's file, that no person has filed a claim and answer, except one claim which was voluntarily dismissed with prejudice on September 4, 2008;

THEREFORE, the COURT HEREBY ENTERS DEFAULT against all persons in the world.

IT IS SO ORDERED.

Signed: September 10, 2008

Frank D. Whitney
United States District Judge